# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrei C., | Case No. 26-CV-0166 (SRN/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Lyons, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; and David Easterwood, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Andrei C. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

1

  a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

  b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are **TEMPORARILY RESTRAINED and ENJOINED** from moving the Petitioner out of the District of Minnesota or deporting him until the Court has the opportunity to rule on the pending Petition. To the extent Respondents object to this requirement, they may file a motion and a written memorandum of law at any time, but they may not move the Petitioner out of the District or deport him while that motion is pending.

Dated: January 12, 2026        s/Susan Richard Nelson
                   Susan Richard Nelson
                   United States District Judge